■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. IGNACIO PEREZ, Admitted in 1980, at a Term of the Appellate Division, First Department. [756 NYS2d 421] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127.]